# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN H. LARY, JR., } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 5:21-cv-00596-MHH |
| } | |
| ACCUHEALTH } | |
| TECHNOLOGIES, LLC, } | |
| STEPHEN SAMSON, } | |
| | |
| Defendants. | |

## **SHOW CAUSE ORDER**

On August 12, 2021, Dr. Lary filed an amended complaint against Accuhealth Technologies, LLC and Stephen Samson for violating the Telephone Consumer Protection Act of 1991 by "sending unsolicited advertisements by facsimile." (Doc. 10, p. 1, ¶¶ 1–2). On August 27, 2021, the Court received notice that a process server perfected service on the defendants on August 24, 2021. (Doc. 12; Doc. 13). Rule 12 of the Federal Rules of Civil Procedure required the defendants to file their answers by September 14, 2021. Fed. R. Civ. P. 12(a)(1)(A)(i). Neither defendant has filed an answer, and no other activity has occurred in the case since Dr. Lary amended his complaint.

On or before October 27, 2021, Dr. Lary shall either take appropriate steps to advance the litigation in this matter or show cause in writing why this action should not be dismissed for failure to prosecute.

**DONE** and **ORDERED** this October 13, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE