FILED
2021 Oct-22  AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN H. LARY, JR., M.D. individually and as the representative of a class of similarly-situated persons, </br></br> Plaintiff, </br></br> v. </br></br> ACCUHEALTH TECHNOLOGIES, LLC, A Texas limited liability company, and STEPHEN SAMSON, </br></br> Defendants. | Civil Action No: 5:21-cv-00596-MHH </br></br> **CLASS ACTION** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, JOHN H. LARY, JR., M.D., through his undersigned attorneys, hereby dismisses Plaintiff's individual allegations with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

JOHN H. LARY, JR., M.D.

By: s/ Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone:  847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

luke Montgomery
MONTGOMERY PONDER, LLC
2226 1st Avenue South, Unit 105
Birmingham, AL 35233
Telephone:  205-606-6855
Luke@montgomeryponder.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2021, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly