# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN H. LARY, JR.,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:21-cv-00596-MHH |
| **ACCUHEALTH TECHNOLOGIES, LLC,** *et al.***,** | } |
| **Defendants.** | } |

## ORDER

Plaintiff John H. Lary, Jr. M.D. has filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 15).  The defendants have not filed any answers or motions for summary judgment.  Although Dr. Lary's notice is self-executing, the Court enters this Order to ask the Clerk to please close the file.

**DONE** and **ORDERED** this October 22, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE